918

No. 80–962.   BOARD OF SUPERVISORS OF SAN DIEGO COUNTY *v.* LONERGAN, AUDITOR AND CONTROLLER OF SAN DIEGO COUNTY ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 80–967.   HOSPITAL & INSTITUTIONAL WORKERS UNION, LOCAL 250 *v.* PASATIEMPO DEVELOPMENT CORP.   C. A. 9th Cir. Certiorari denied.

No. 80–971.   LANDIS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 80–973.   SMITH *v.* FORD MOTOR CO.   C. A. 10th Cir. Certiorari denied.

No. 80–976.   SIRCY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–982.   KARN *v.* MAGNAVOX CO. ET AL.   Sup. Ct. Del. Certiorari denied.

No. 80–984.   GARRETT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–996.   McGINLEY *v.* HYNES, DEPUTY ATTORNEY GENERAL OF NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 80–998.   WOLFSON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–1001.   JACKSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–1003.   DANIEL CONSTRUCTION CO., A DIVISION OF DANIEL INTERNATIONAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied.

No. 80–1005.   SMITH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.